**Order entered December 20, 2022**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-22-01076-CV**

**YUELING RUAN, Appellant**

**V.**

**CHI-WEI WANG, Appellee**

**On Appeal from the 468th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 468-52110-2022**

**ORDER**

Before the Court is appellant's December 19, 2022 motion for an extension of time to file a response to appellee's pending motion to dismiss. Appellant explains in her motion that the parties have reached a settlement agreement. We **GRANT** the motion **to the extent** that appellant shall file, on or before **January 23, 2023**, either a motion to dismiss the appeal or a response to appellee's motion.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE